# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVORY L. DOWNS, | ) | 1:10-cv-01637 MJS HC |
| Petitioner, | ) | |
| v. | ) | ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION |
| GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Upon examination of the petition, the Court has discovered that it does not contain an original signature. Local Rule 131 requires that a document submitted to the Court for filing include an original signature. In addition, Rule 2(c)(5) of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ordered to submit a document, signed under penalty of perjury, stating that he submitted the instant petition to the Court. The document must contain an original signature.

1  Petitioner is granted twenty (20) days from the date of service of this order to comply with the
2  Court's directive.
3        Petitioner is forewarned that failure to comply with a Court order will result in dismissal
4  of the petition pursuant to Local Rule 110.

7  IT IS SO ORDERED.
8  Dated:   November 15, 2010          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE